485 F.2d 1390
 UNITED STATES of America, Plaintiff-Appellee,
v.
Roosevelt BELL, aka Jerry Wade, aka Jerry Love, aka Mr. T.
Wilson, Defendant-Appellant.
 No. 73-2740 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 15, 1973.
 
 George W. Reese, George M. Leppert, New Orleans, La., for defendant-appellant.
 Gerald J. Gallinghouse, U. S. Atty., Stephen A. Mayo, Asst. U. S. Atty., New Orleans, La., for plaintiff-appellee.
 Before THORNBERRY, GOLDBERG and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 A careful study of the briefs and a complete review of the record reveal no reversible error in the trial of this case and sufficient evidence to support the jury verdict.
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I